

**FILED**
6/30/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MAM

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:26-cr-00350<br>Judge Elaine E. Bucklo<br>Magistrate Judge Albert Berry, III<br>RANDOM / Cat. 4 |
| v. | |
| ERIC MANNINGS | Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about April 29, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

ERIC MANNINGS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Beretta Px4 Strom 9mm semi-automatic pistol, bearing serial number PX410244, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

# **FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited includes, but is not limited to, Beretta Px4 Strom 9mm semi-automatic pistol, bearing serial number PX410244, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY