UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ERIC MANNINGS

Case No. 26 CR 350

Magistrate Judge Albert Berry III

## PETITION FOR *WRIT* OF *HABEAS CORPUS AD PROSEQUENDUM*

Now comes the UNITED STATES OF AMERICA by ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

> Name:  ERIC MANNINGS
> Date of Birth: **/**/1980
> Sex:  Male
> Race:  Black
> Jail/Prisoner #:  20260430019

is incarcerated in the following institution:

Cook County Jail, Chicago, Illinois.

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with Title 18, United States Code, Section 922(g)(1) (possession of a firearm by a convicted felon), and is now wanted in such division and district at **9:00 a.m. on July 22, 2026**, at the U.S. Marshals Service Lock-Up, 24th floor, Dirksen Federal Courthouse, 219 S. Dearborn Street, Illinois, 60604, to appear at 11:00 a.m. for an initial appearance

before Magistrate Judge Albert Berry III, in the courtroom usually occupied by said judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a *Writ* of *Habeas Corpus Ad Prosequendum* in this matter directed to the following person:

THOMAS J. DART
Sheriff
Cook County Jail
2700 S. California Avenue
Chicago, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, in the United States Courthouse in Chicago, Illinois, and that when the said prisoner shall be so produced pursuant to said *Writ*, and that when the proceedings in this case have been concluded, that ERIC MANNINGS be returned forthwith to said institution from which he was brought.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By:     /s/ *Simar Khera*
SIMAR KHERA
Assistant United States Attorney
219 S. Dearborn St., Rm. 500
Chicago, IL  60604
(312) 353-4317

2